UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **EXPERT JANITORIAL, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAPITAL CONTRACTING OF BUFFALO,** )<br>**ROBERT DOEL, and TERRY BURNS,** )<br>)<br>Defendants. ) | No. 3:11-CV-338<br>(Phillips) |

## ORDER OF DEFAULT

This matter is before the court on the plaintiff's motion for default judgment against defendants [Doc. 10]. In support of the motion plaintiff states that the instant action was filed on July 18, 2011. The complaint was served upon the defendant Terry Burns on August 10, 2011; on defendant Robert Doel on July 30, 2011; and on defendant Capital Contracting of Buffalo, on July 30, 2011. No response has been filed by any defendant within the time allowed by law, nor has any defendant sought additional time within which to respond. The Clerk entered default against the defendants on October 3, 2011.

Accordingly, the court **GRANTS** plaintiff's motion for default judgment pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure. **IT IS FURTHER ORDERED**

that default judgment is hereby entered against defendants Capital Contracting of Buffalo, Robert Doel and Terry Burns, in an amount to be determined by the court.

Plaintiff is **DIRECTED** to contact chambers to schedule a hearing on damages.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge