UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EXPERT JANITORIAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-338 |
| ) | |
| CAPITAL CONTRACTING OF BUFFALO, ) | Judge Phillips |
| ROBERT DOEL, and TERRY BURNS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

Upon consideration of the evidence produced at the damages hearing held January 14, 2013, and for the reasons set forth in the Findings of Fact and Conclusions of Law filed contemporaneously with this order, it is **ORDERED** that Expert Janitorial, LLC, recover from defendants Capital Contracting of Buffalo, Robert Doel, and Terry Burns, damages in the amount of Four Hundred Ninety-eight Thousand Dollars ($498,000) plus costs of this action.

**IT IS SO ORDERED.**

ENTER:

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge